# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 15-015 (APM)** |
| ) | |
| **DEALLEN PRICE,** ) | |
| Petitioner. ) | |

## ORDER

Upon consideration of the parties' Joint Motion for Extension of Time to File Proposed Amended Briefing Schedule, and for good cause shown, it is this ___ day of _____ 2022, hereby:

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall file a joint proposed amended briefing schedule to govern Petitioner's § 2255 *Rehaif* motion on or before September 16, 2022.

_____
AMIT P. MEHTA
United States District Judge